IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APRIL SCHAEFFER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM., and<br>AMAZON.COM SERVICES, LLC,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   Case No.: 3:21-cv-01080-SPM<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

On January 21, 2022, this Court entered its Order severing and remanding Counts I and II of Plaintiff's Complaint. Counts III and IV remain pending in this Court. Notice is hereby given that, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses without prejudice this action (Counts III and IV) against Defendants. Defendants have not yet answered the Complaint or filed a motion for summary judgment.

Dated: February 8, 2022                    Respectfully submitted,

                                                  **GOLDENBERG HELLER**
                                                **& ANTOGNOLI, P.C.**

                                                */s/ Kevin P. Green*
                                                Kevin P. Green #06299905
                                                Thomas P. Rosenfeld #06301406
                                                Thomas C. Horscroft #06327049
                                                2227 South State Route 157
                                                Edwardsville, IL 62025
                                                618-656-5150
                                                kevin@ghalaw.com
                                                tom@ghalaw.com
                                                thorscroft@ghalaw.com

                                                *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that on February 8, 2022, the foregoing was filed with the Court Clerk via the Court's electronic filing system and served on upon all counsel of record via the Court's electronic notification system.

                   */s/ Kevin P. Green*