IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| APRIL SCHAEFFER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>AMAZON.COM., and AMAZON.COM SERVICES, LLC.,<br><br>        Defendants. | Case No. 3:21-cv-01080-SPM |

## JUDGMENT IN A CIVIL ACTION

**McGLYNN, District Judge:**

    **IT IS ORDERED AND ADJUDGED** that pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Counts III and IV) filed February 8, 2022, (Doc. 19), against Defendants Amazon.com and Amazon.com Services, LLC, this action is **DISMISSED without prejudice,** each party to bear its own costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    DATED:   February 9, 2022.

                                              MARGARET M. ROBERTIE,
                                              Clerk of Court

                                              By:  s/ *Jackie Muckensturm*
                                                          Deputy Clerk

**APPROVED: s/** *Stephen P. McGlynn*
                    STEPHEN P. MCGLYNN
                    U.S. District Judge